# Exhibit E

# Exhibit E

| Caption | Illinois Federal Cases | Original Illinois Cases | Maine Cases | New Illinois Cases |
|---|---|---|---|---|
| *Real Breton o/b/o Estate of Genevieve Breton v. Rail World, Inc., et al.* | No. 13-cv-06194 (N.D. Ill) | 2013 L 008443 | 1:14-cv-00115-NT | *Ginette Cameron o/b/o Estate of Geneviève Breton v. Rail World, Inc., et al.* No. 2015 L 006535 |
| *Rejean Roy o/b/o Estate of Melissa Roy v. Rail World, Inc., et al.* | No. 13-cv-06202 (N.D. Ill) | 2013 L 008444 | 1:14-cv-00122-NT | *Rejean Roy o/b/o Estate of Melissa Roy v. Rail World, Inc., et al.* No. 2015 L 006537 |
| *Annick Roy o/b/o Jean-Guy Veilleux v. Rail World, Inc., et al.* | No. 13-cv-06192 (N.D. Ill) | 2013 L 008272 | 1:14-cv-00113-NT | None |
| *Alexia Dumas-Chaput o/b/o Estate of Mathieu Pelletier v. Rail World, Inc., et al.* | No. 13-cv-06196 (N.D. Ill) | 2013 L 008532 | 1:14-cv-00117-NT | *Alexia Dumas-Chaput o/b/o Estate of Mathieu Pelletier v. Rail World, Inc., et al.* No. 2015 L 006523 |
| *Karine Paquet o/b/o Estate of Roger Paquet v. Rail World, Inc., et al.* | No. 13-cv-06201 (N.D. Ill) | 2013 L 008539 | 1:14-cv-00121-NT | *Karine Paquet and Guy Paquet o/b/o Estate of Roger Paquet v. Rail World, Inc., et al.* No. 2015 L 006534 |
| *Joannie Proteau o/b/o Estate of Maxime Duboise v. Rail World, Inc., et al.* | No. 13-cv-06200 (N.D. Ill) | 2013 L 008537 | 1:14-cv-00120-NT | *Joannie Proteau o/b/o Estate of Maxime Duboise v. Rail World, Inc., et al.* No. 2015 L 006545 |
| *Theresa Poulan Dubois o/b/o Estate of Denise Dubois v. Rail World, Inc., et al.* | No. 13-cv-06195 (N.D. Ill) | 2013 L 008536 | 1:14-cv-00116-NT | *Theresa Poulan Dubois o/b/o Estate of Denise Dubois v. Rail World, Inc., et al.* No. 2015 L 006528 |
| *Lisette Fortin-Bolduc o/b/o Estate of Stéphane Bolduc v. Rail World, Inc., et al.* | No. 13-cv-06198 (N.D. Ill) | 2013 L 008535 | 1:14-cv-00118-NT | *Lisette Fortin Bolduc and Steve Bolduc o/b/o Estate of Stéphane Bolduc v.* |

| Caption | Illinois Federal Cases | Original Illinois Cases | Maine Cases | New Illinois Cases |
|---|---|---|---|---|
| | | | | *Rail World, Inc., et al.* No. 2015 L 006531 |
| *Sandy Bedard o/b/o Estate of Michael Guertin, Jr. v. Rail World, Inc., et al.* | No. 13-cv-06193 (N.D. Ill) | 2013 L 008533 | 1:14-cv-00114-NT | *Sandy Bedard o/b/o Estate of Michael Guertin, Jr. v. Rail World, Inc., et al.* No. 2015 L 006525 |
| *Sophie Veilleux o/b/o Estate of Richard Veilleux v. Rail World, Inc., et al.* | No. 13-cv-06203 (N.D. Ill) | 2013 L 008529 | 1:14-cv-00123-NT | *Micheline Veilleux o/b/o Estate of Richard Veilleux v. Rail World, Inc., et al.* No. 2015 L 006529 |
| *Georgette Martin o/b/o Estate of David Martin v. Rail World, Inc., et al.* | No. 13-cv-06199 (N.D. Ill) | 2013 L 008531 | 1:14-cv-00119-NT | *Jacques Martin o/b/o Estate of David Martin v. Rail World, Inc., et al.* No. 2015 L 006532 |
| *Marie-Josee Grimard o/b/o Henriette Latulippe v. Rail World, Inc., et al.* | No. 13-cv-06197 (N.D. Ill) | | 1:15-cv-00250 | None |
| *Pascal Charest o/b/o Estate of Alyssa Charest Begnoche v. Rail World, Inc., et al.* | No. 13-cv-06263 (N.D. Ill) | 2013 L 009125 | 1:14-cv-00128-NT | *Gaston Bégnoche o/b/o Estate of Alyssa Charest Bégnoche v. Rail World, Inc., et al.* No. 2015 L 006546 |
| *Pascal Charest o/b/o Estate of Bianka Charest Begnoche v. Rail World, Inc., et al.* | No. 13-cv-06266 (N.D. Ill) | 2013 L 009128 | 1:14-cv-00130-NT | *Gaston Bégnoche o/b/o Estate of Bianka Charest Bégnoche* No. 2015 L 006526 |
| *Elise Dubois-Couture o/b/o Estate of David LaCroix-Beaudoin v. Rail World, Inc., et al.* | No. 13-cv-06262 (N.D. Ill) | 2013 L 009130 | 1:14-cv-00127-NT | *Elise Dubois-Couture o/b/o Estate of David LaCroix-Beaudoin v. Rail World, Inc., et al.* No. 2015 L 006541 |
| *Gaston Begnoche o/b/o Estate of Talitha Coumi Begnoche v. Rail World, Inc., et al.* | No. 13-cv-06257 (N.D. Ill) | 2013 L 009131 | 1:14-cv-00124-NT | *Gaston Begnoche o/b/o Estate of Talitha Coumi Begnoche v. Rail* |

| Caption | Illinois Federal Cases | Original Illinois Cases | Maine Cases | New Illinois Cases |
|---|---|---|---|---|
| | | | | *World, Inc., et al.* No. 2015 L 006527 |
| *Louise Couture o/b/o Estate of Kathy Clusiault v. Rail World, Inc., et al.* | No. 13-cv-06264 (N.D. Ill) | 2013 L 009133 | 1:14-cv-00129-NT | *Louise Couture o/b/o Estate of Kathy Clusiault v. Rail World, Inc., et al.* No. 2015 L 006536 |
| *Michael Boulanger o/b/o Estate of Eliane Parenteau v. Rail World, Inc., et al.* | No. 13-cv-06261 (N.D. Ill) | 2013 L 009134 | 1:14-cv-00126-NT | *Michael Boulanger o/b/o Estate of Eliane Parenteau v. Rail World, Inc., et al.* No. 2015 L 006530 |
| *Yann Proteau o/b/o Estate of Karine Champagne v. Rail World, Inc., et al.* | No 13-cv-06258 (N.D. Ill) | 2013 L 009136 | 1:14-cv-00125-NT | *Ghislain Champagne and Éric Bilodeau o/b/o Estate of Karine Champagne* No. 2015 L 006543 |

3